```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      SOUTHERN DIVISION
```

EUGENE AND DIANE MITCHELL                                PLAINTIFFS

VERSUS                          CIVIL ACTION NO. 1:06cv468LTSRHW

ALLSTATE INSURANCE COMPANY, AN
ILLINOIS CORPORATION                                      DEFENDANT

## **FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE**

This cause came before the Court at the joint request of the Plaintiffs, Eugene Mitchell and Diane Mitchell, and the Defendant, Allstate Insurance Company, for a judgment dismissing any and all of the Plaintiffs' claims whatsoever against the Defendant, Allstate Insurance Company.  The Court has been informed that any and all of the claims of Eugene Mitchell and Diane Mitchell against the Defendant, Allstate Insurance Company, have been fully compromised and settled by the payment to the Plaintiffs, Eugene Mitchell and Diane Mitchell, of a sum of money satisfactory to them, and that there remain no issues whatsoever to be litigated as to the claims of Eugene Mitchell and Diane Mitchell against the Defendant, Allstate Insurance Company.

All parties have consented to the entry of this Judgment and, as evidenced by the signatures below of the parties' respective counsel of record, agree that any and all of the claims of the Plaintiffs, Eugene Mitchell and Diane Mitchell, against the Defendant, Allstate Insurance Company, should be

dismissed with prejudice.  Therefore, the Court finds that any and all of the claims of the Plaintiffs, Eugene Mitchell and Diane Mitchell, against the Defendant, Allstate Insurance Company, should be dismissed with prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED, that any and all of the claims of the Plaintiffs, Eugene Mitchell and Diane Mitchell, against the Defendant, Allstate Insurance Company, should be and are hereby dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the 8th day of March, 2007.

s/ **L. T. Senter, Jr.**
L. T. Senter, Jr.
Senior Judge


AGREED AND CONSENTED TO:

/s/ Ben F. Galloway

BEN F. GALLOWAY, ESQUIRE (MSB #4390)

ATTORNEY FOR PLAINTIFFS, EUGENE

MITCHELL AND DIANE MITCHELL


/s/ Amanda B. Quave

WILLIAM C. GRIFFIN, ESQ. (MSB #5021)

AMANDA B. QUAVE, ESQ. (MSB #100804)

ATTORNEYS FOR ALLSTATE INSURANCE COMPANY